June 29 2015

Mr. John Dee Gills
#1399089
264 Fm 3478
Huntsville, Texas
        77320

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 01 2015

Abel Acosta, Clerk

CAUSe No. 2005-995-C
A H No.         No. 10-06-335-CR
Court q Criminel Appeals of Texes
P.o.Box 12308 Capitol Station
Austin Texas 78711

To the Court q Criminal Appeel
        I am writing in Concern q my 11.07 writ
that was recently filed in McLennend County
Texas Waco Texes. In which it was my
Second 11.07 writ due to the fact my first
one was denied without written Order and
the Attorney Lyle V. Gripp never did a
Affidavits which Violete my due process
under the Sixth Amendment. The District
Attorney refuse to Answer using a Second
writ Abut under the Rules, I Have a right

①

to file another writ if the first one was denied without written order which it was never seen. It was the 10th Court of Appeals Affirmed. Nov 28 2008. Appeal Attorney John Kuchera, I am Rebutteling the States Answer and Ask the Court of Criminal Appeals to Investigate the 11.07 writ by going through it and looking at my grounds without being bies. And for my letter to be placed into the Records

Thank you very much,

Sincerely yours
Mr. John Dee Gills
# 1399089
264 Fm 3478
Huntsville Texas
77320

CC:
File
JDG